**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7448

BERNARD MCFADDEN,

Plaintiff - Appellant,

versus

GLENN ALWINE, SCDC Medical Board Director;
JOHN A. DAVIS; LISA PARNELL, Head nurse
Wateree Correctional Institution; CHARLETTE
GRECO, Practitioner Wateree Correctional
Institution, in their official, individual, or
personal capacities,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  R. Bryan Harwell, District Judge.
(CA-04-2421-3)

Submitted:  March 30, 2006                Decided:  April 6, 2006

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bernard McFadden, Appellant Pro Se.  Robert E. Lee, Benjamin Albert
Baroody, AIKEN, BRIDGES, NUNN, ELLIOTT & TYLER, PA, Florence, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Bernard McFadden appeals the district court's order adopting the report and recommendation of magistrate judge and denying relief on his complaint under 42 U.S.C. § 1983 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>McFadden v. Allen</u>, No. CA-04-2421-3 (D.S.C. Aug. 3, 2005; Aug. 5, 2005). We deny as moot McFadden's motion to compel the district court to file three affidavits, because the affidavits are included in the district court's record as attachments to McFadden's Motion in Opposition to Defendants' Motion to Dismiss. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>